THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRED SARDO, HAROLD COSTELLO AND PETER SCALZO, Appellants.

Argued March 2, 1942; decided April 16, 1942.

*Abraham Roth* for appellants.

*Daniel J. O'Mara, District Attorney (Stephen K. Pollard* of counsel), for respondent.

Judgments affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.